UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5178** |
| **EVOLUTION ENTERTAINMENT GROUP, LLC, et al.**<br>    Defendants | **SECTION "E"** |

## ORDER

The Court, having considered the Plaintiff's motion for attorney's fees and court costs,[1] the Magistrate Judge's Findings and Recommendation,[2] and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that Plaintiff's motion for attorney's fees and court costs is **GRANTED**.[3] Defendants, Evolution Entertainment Group, LLC and Dwayne Thomas are to pay to Plaintiff, J&J Sports Productions, Inc., $5,558.00 in reasonable attorney's fees plus $400.00 in costs.

New Orleans, Louisiana, this 12th day of November, 2014.

                                                     *[signature]*
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 41.
[2] R. Doc. 43.
[3] R. Doc. 41.